UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

WAKIEM JOHNSON,

                          Defendant.
-------------------------------------------------x

**ORDER**

24 Cr. 154-4 (ER)

Ramos, D.J.:

      A bail review hearing will be held on **June 20, 2025, at 11:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:   New York, New York
           June 17, 2025

                                                    Edgardo Ramos, U.S.D.J.