UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

WAKIEM JOHNSON,
    a/k/a "Waka,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:    **CONSENT ORDER OF
    RESTITUTION**
:
:    24 Cr. 154-4 (ER)
:
:
:

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Assistant United States Attorneys Joseph H. Rosenberg and Adam Z. Margulies, of counsel; the presentence report; the Defendant's conviction on Count One of the above-referenced Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1. **Amount of Restitution**

WAKIEM JOHNSON, a/k/a "Waka," the Defendant, shall pay restitution in the total amount of $1,532.25, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victim of the offense charged in Count One of the Indictment. The name, address, and specific amount owed to the victim is set forth in the sealed Schedule of Victims attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### 2. **Joint and Several Liability**

Restitution is joint and several with co-defendants Jose Cesari, a/k/a "Cry," Miguel Cintron, and Luis Izquierdo, a/k/a "Luis Zapata," indicted under *United States v. Cesari, et al.*, 24 Cr. 154 (ER) (the "Co-defendants"), to the extent restitution is entered against the Co-defendants

in this case. The Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim identified in Schedule A has recovered the total amount of the loss from the restitution paid by the Defendant and all Co-defendants ordered to pay the same victim.

### 3.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 15 percent of the defendant's gross income, payable on the 1st of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n). This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

### 4.    Payment Instructions

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.   The Defendant shall write his name and the docket number of this case on each check or money order.

### 5.   Change in Circumstances

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 6.   Term of Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 7.   Sealing

Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be

retained and used by or disclosed to the listed victim, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____     December 10, 2025
Joseph H. Rosenberg                       DATE
Adam Z. Margulies
Assistant United States Attorneys
(212) 637-2326/-2345


WAKIEM JOHNSON

By: _____     12/17/25
WAKIEM JOHNSON                            DATE


By: _____     12.17.25
JOSHUA J. HOROWITZ, ESQ.                  DATE
Attorney for Defendant
734 Franklin Avenue, Suite 605
Garden City, New York 11530



SO ORDERED:

_____          12\17\2025
HONORABLE EDGARDO RAMOS                   DATE
UNITED STATES DISTRICT JUDGE

4